

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH
F. #2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 21, 2017

By Email and ECF

Michael K. Schneider, Esquire
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
michael_schneider@fd.org

> Re: United States v. Parveg Ahmed
> Criminal Docket No. 17-378 (AMD)

Dear Mr. Schneider:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case:

- Records received from Facebook, pursuant to a search warrant dated September 22, 2017, related to Facebook User ID 100010409749467 (Bates No. PA0000213-PA0002550)

- Records received from Facebook, related to User ID 1197596391 (Bates No. PA0002551-PA0002578).

- Records received from Instagram, related to User ID 3075572095 (Bates No. PA0002579-PA0002581).

- Records received from Instagram, related to User ID 25195498 (Bates No. PA0002582-PA0002584).

- Records received from AOL, related to account name "yank5freak" (Bates No. PA0002585-PA0002882)

- Photographs taken of electronic devices, pursuant to search warrant dated August 27, 2017 (Bates No. PA0002883)

- Materials copied from a silver Lenovo IdeaPad U430 Touch, pursuant to a search warrant dated July 17, 2017 (Bates No. PA0002884).

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 17, 2017.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ Craig R. Heeren
Craig R. Heeren
Margaret Lee
Assistant U.S. Attorneys
(718) 254-6467/6205

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)