

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 22, 2017

<u>By Email, Hand and ECF</u>

Michael K. Schneider, Esquire
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
michael_schneider@fd.org

> Re: United States v. Parveg Ahmed
>     <u>Criminal Docket No. 17-378 (AMD)</u>

Dear Mr. Schneider:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case:

- Records related to open source activity of Twitter account @_parsz (Bates No. PA0002885).

- Materials copied from electronic devices pursuant to a search warrant dated August 27, 2017 (Bates No. PA0002886).

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 17, 2017.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By:  /s/ Craig R. Heeren
Craig R. Heeren
Margaret E. Lee
Assistant U.S. Attorneys
(718) 254-6467/6205

Enclosures
cc:   Clerk of the Court (AMD) (by ECF) (without enclosures)