# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 22, 2019

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Parveg Ahmed*, 17 CR 378 (AMD)

Dear Judge Donnelly,

I write to request an adjournment of the sentencing in the above captioned
case, presently schedule for April 3, 2019, for approximately two months. The
adjournment is necessary to allow Mr. Ahmed to respond to the recently disclosed
presentence investigation report and prepare for sentencing. AUSA Josh Hafetz has
consented to the requested adjournment.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michael K. Schneider, Esq.
(718) 330-1161

cc:    Clerk of the Court (by ECF)
       Mr. Craig Heeren, Assistant U.S. Attorney (by ECF)
       Ms. Margaret Lee, Assistant U.S. Attorney (by ECF)
       Mr. Parveg Ahmed (by U.S. Mail)