# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 5, 2021

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Parveg Ahmed*, 17 CR 378 (AMD)

Dear Judge Donnelly,

    I write to request an adjournment of the sentencing in the above captioned case, presently scheduled for May 14, 2021, to a date in October, 2021. The adjournment is necessary because the COVID-19 pandemic has interrupted counsels' contact with Mr. Ahmed and also delayed an expert's report needed for sentencing. AUSA Craig Heeren has consented to the requested adjournment.

    Thank you for your attention to this matter.

                                       Respectfully submitted,

                                       /s/

                                       Michael K. Schneider, Esq.
                                       (718) 330-1161

cc:   Clerk of the Court (by ECF)
       Mr. Craig Heeren, Assistant U.S. Attorney (by ECF)