**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 6, 2021

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Parveg Ahmed*, 17 CR 378 (AMD)

Dear Judge Donnelly,

     I write to request an adjournment of the sentencing in the above captioned case, presently scheduled for October 14, 2021, to a date after January 7, 2022. The adjournment is necessary because counsel requires more time to incorporate a psychologist's evaluation of Mr. Ahmed into his sentencing submission. AUSA Craig Heeren has consented to the requested adjournment.

     Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michael K. Schneider, Esq.
(718) 330-1161

cc:   Clerk of the Court (by ECF)
       Mr. Craig Heeren, Assistant U.S. Attorney (by ECF)