**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 18, 2022

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Parveg Ahmed*, 17 CR 378 (AMD)

Dear Judge Donnelly,

    I write to request an adjournment of the sentencing in the above captioned case, presently scheduled for January 26, 2022, for approximately 60 days. The adjournment is necessary to provide the Court with an informative sentencing submission and because the recent moratorium on visits at MDC has delayed necessary meetings between counsel and Mr. Ahmed. AUSA Craig Heeren has consented to the requested adjournment.

    Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  /s/

                                Michael K. Schneider, Esq.
                                (718) 330-1161

cc:    Clerk of the Court (by ECF)
        Mr. Craig Heeren, Assistant U.S. Attorney (by ECF)