**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 23, 2022

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Parveg Ahmed*, 17 CR 378 (AMD)

Dear Judge Donnelly,

    I write to request an adjournment of the sentencing in the above captioned case, presently scheduled for July 7, 2022, to a date after September 9, 2022. The adjournment is necessary to provide the Court with an informative sentencing submission and because counsel are awaiting a report from retained experts relevant to sentencing. AUSA Craig Heeren has consented to the requested adjournment.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michael K. Schneider, Esq.
(718) 330-1161

cc:     Clerk of the Court (by ECF)
        Mr. Craig Heeren, Assistant U.S. Attorney (by ECF)